Filippo De Nezzo, Respondent, v. Domenico Di Benedetto, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Lucia De Nezzo, Respondent, v. Domenico Di Benedetto, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John L. Fee, Respondent, v. McVickar Gaillard Realty Company, Appellant, Impleaded with John H. Cordes.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over in twenty days on payment of costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Louis Greenberg, Appellant, v. Barnet Shevlowitz and Annie Shevlowitz, Respondents.—Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Marie A. Harris, as Administratrix, etc., of Gilbert Harris, Deceased, Respondent, v. New York Contracting Company — New Haven Improvements, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Charles A. Hart, Appellant, v. Charles T. Sammis and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of Proving the Last Will and Testament of Hester Hunt, Deceased. Lizzie Hayne and Others, Respondents.— Decree of the Surrogate's Court of Orange county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Moses H. Lewis, Respondent, v. The New York and Long Island Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John F. McCarthy and Others, Appellants, v. Edgar H. Hazelwood, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Herman L. Ringelman, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Determination of the commissioner reversed and relator reinstated, with costs and disbursements, on the ground that he was dismissed without any evidence whatever to sustain such action. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Valentin Schmitt, Respondent, v. The Edison Electric Illuminating Company of Brooklyn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Moses Slover, Respondent, v. Solomon Dreyfus, Appellant.— Judgment of the County Court of Putnam county affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Christopher Staiger, Appellant, v. Robert H. Klitz and Charles R. Jung, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.